IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEWIS ELLIOTT, DARRELL LANGLEY, YOLANDA HOLLOWAY, VANDIETTA WILLIAMS, TAREE HUTCHINS, and KEIARRA HAWKINS, and on behalf of similarly situated individuals, <br>     Plaintiffs, <br><br> -v- <br><br> WELCOME HOUSE, INC. and DON JOHNSON, <br>     Defendants. | § § § § § § § § § § § § § § | CASE NO. 3:11-cv-2483-G <br> ECF |

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was rendered in this Court, or other United States District Court as indicated above and registered herein, on the 16th day of May, 2012 in favor of Plaintiffs Lewis Elliott, Darrell Langley, Yolanda Holloway, Vandietta Williams, Taree Hutchins, KeiArra Hawkins, and Erick Taylor, against Defendant Welcome House, Inc. in the sum of $ 95,157.96 with interest at the rate of .17 per cent per annum from the 16th day of May, 2012.

The address of the defendant shown in this suit in which said judgment was rendered: 921 N Peak Street, Dallas, Texas 75204 .

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this <u>29th</u> day of <u>August</u>, 20<u>12</u>.

KAREN MITCHELL, CLERK

By <u>s/Colt Fisher</u>
      Deputy Clerk